# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEE FOSTER, JR., <br><br> Petitioner, <br><br> v. <br><br> KEN CLARK, Warden, <br><br> Respondent. | Case No. CV 09-7063-ODW (JEM) <br><br> **JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: July 29, 2010

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE